OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵

APR 30 2015

PITNEY BOWES

4/22/2015

RIVERA, DOUGLAS WILMER  Tr. Ct. No. 10-08543-A            WR-82,969-04

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DOUGLAS WILMER RIVERA
JEFFERSON COUNTY CORRECTIONAL FACILITY -
TDC # 1760730
P. O. BOX 26007                                    U T F
BEAUMONT, TX  77720

438 77720